I. HODGE v. STATE.

No. A-540. Opinion Filed May 9, 1911.

Appeal from Pontotoc County Court; Joel Terrell, Judge.

Duke Stone and Galbraith & McKeown, for appellant.
Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Appellant was convicted for unlawfully pointing a weapon at another and his punishment was assessed at a fine of $50 and three months' imprisonment. Upon the trial of this cause the court instructed the jury that if they were satisfied from the evidence that the defendant did not point the pistol at the prosecuting witness, they should return a verdict of not gui ty. Instructions similar to this have been repeatedly condemned by this court. See Weber v. State, 2 Okla. Cr. 329; Rea v. State, 3 Okla. Cr. 270; Clendenning v. State, 3 Okla. Cr. 540. Counsel for appellant reserved an exception to this instruction. For this error in the instruction of the court, the case is reversed and remanded.

ALLISON JONES v. STATE.

No. A-534. Opinion Filed May 9, 1911.

Appeal from Canadian County Court; H. L. ·Fogg, Judge.

E. T. Barber and J. M. Frame, for appellant.
Smith C. Matson, Asst. Atty Gen., for the State

PER CURIAM. Appellant was convicted for a violation of the gaming laws and his punishment was assessed at a fine of $150. The Attorney General has suggested to the court that since appellant perfected his appeal to this court the appellant has died. The prosecution in this case is therefore abated.

In re LEFLY BLACK and DOCK BLACK.

No. A-546. Opinion Filed May 9, 1911.

PER CURIAM. The application for writ of habeas corpus in this case is dismissed for want of prosecution.